Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, #300
Las Vegas, Nevada  89169.5937
Telephone:   702.862.8800
Email:  rgrandgenett@littler.com
Email:  kstegall@littler.com

Attorneys for Defendant
STAFFMARK INVESTMENT, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ADELY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STAFFMARK INVESTMENT, LLC a Foreign Limited-Liability Company; PERFORMANCE FOOD GROUP, INC., a Foreign Corporation; DOES 1-50; inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02163-APG-VCF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff ADELY RUIZ ("Plaintiff"), by and through her attorneys of record, Daniel Watkins, Esq. and Melinda Weaver of the firm of Watkins & Letofsky, LLP, and Defendant STAFFMARK INVESTMENT, LLC ("Staffmark"), by and through its attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Staffmark to file a responsive pleading to Plaintiff's Amended Complaint from the current deadline of February 17, 2023, up to and including **March 3, 2023.**

This extension is necessary to provide adequate time for Defense counsel to become  familiar with the allegations in the Amended Complaint, to investigate the facts of this matter, and to prepare a responsive

/ / /

pleading.  This is the first request for an extension of time to respond to the Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 10, 2023

Respectfully submitted,

/s/ Melinda Weaver
DANIEL R. WATKINS, ESQ.
MELINDA WEAVER, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
ADELY RUIZ

Dated: February 10, 2023

Respectfully submitted,

ROGER GRANDGENETT, II, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
STAFFMARK INVESTMENT, LLC

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  2-14-2023 _____

4873-2098-7472.2 / 084745-1008