Deverie J. Christensen
Nevada State Bar No. 6596
Lynne K. McChrystal
Nevada State Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth St., Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Email: deverie.christensen@jacksonlewis.com
lynne.mcchrystal@jacksonlewis.com

*Attorney for Defendant*
*Performance Food Group, Inc.*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ADELY RUIZ, <br><br> Plaintiff, <br><br> vs. <br><br> STAFFMARK INVESTMENT, LLC a Foreign Limited-Liability Company; PERFORMANCE FOOD GROUP, INC., a Foreign Corporation; DOES 1-50; inclusive, <br><br> Defendants. | Case No. 2:22-cv-02163-APG-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiff Adely Ruiz ("Plaintiff"), through her counsel, Watkins & Letofsky, LLP., and Defendant Performance Food Group, Inc. ("Defendant"), through their counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including March 3, 2023 in which to file its response to Plaintiff's First Amended Complaint (ECF No. 6). This Stipulation is submitted and based upon the following:

1. Defendant's response to the First Amended Complaint (ECF No. 6) is currently due on February 17, 2023.

2. Defendants shall have until March 3, 2023 to file a response to the First Amended Complaint (ECF No. 6).

3. This is the first request for an extension of time for Defendant to file a response to Plaintiff's First Amended Complaint (ECF No. 6).

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 17th day of February, 2023.

| WATKINS & LETOFSKY, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Melinda Weaver | /s/ Lynne K. McChrystal |
| DANIEL R. WATKINS | DEVERIE J. CHRISTENSEN, ESQ. |
| Nevada Bar No. 11881 | Nevada Bar No. 6596 |
| MELINDA WEAVER, ESQ. | LYNNE K. MCCHRYSTAL |
| Nevada Bar No. 11481 | Nevada Bar No. 14739 |
| 8935 S. Pecos Rd., Ste. 22A | 300 South Fourth Street, Suite 900 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| *Adely Ruiz* | *Performance Food Group, Inc.* |

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge /~~
United States Magistrate Judge

Dated: 2-17-2023