Daniel R. Watkins, Esq.
Nevada State Bar No. 11881
dw@wl-llp.com
Melinda Weaver, Esq.
Nevada State Bar No. 11481
mweaver@wl-llp.com
WATKINS & LETOFSKY, LLP
8935 S. Pecos Rd., Ste. 22A
Henderson, NV 89074
Office:(702) 901-7553; Fax: (702) 974-1297
Attorneys for Plaintiff, Adely Ruiz

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADELY RUIZ,<br><br>              Plaintiff,<br><br>vs.<br><br>STAFFMARK INVESTMENT, LLC a Foreign Limited-Liability Company; PERFORMANCE FOOD GROUP, INC., a Foreign Corporation; DOES 1-50; inclusive,<br><br>              Defendants. | Case No.:  2:22-cv-02163-APG-DJA<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSIVE PLEADING TO DEFENDANTS MOTION TO COMPEL ARBITRATION, AND DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Adely Ruiz ("Plaintiff"), by and through her attorneys of record, Daniel Watkins, Esq. and Melinda Weaver, Esq., of the firm of Watkins & Letofsky, LLP, and Defendant, Staffmark Investment, LLC ("Staffmark"), by and through its attorneys of record, Littler Mendelson, hereby stipulate to extend the time for Plaintiff, Adely Ruiz to file her responsive pleading to Defendants Motion to Compel Arbitration, and Motion to Dismiss Plaintiff's Complaint [ECF no.16 and ECF no.17]. Plaintiff is requesting an additional one-week extension, from current deadline of March 17, 2023, up to and including **March 24, 2023.**

This extension is necessary to provide adequate time for Plaintiff and Defendant to come to a possible agreement regarding Arbitration.

///

This is the first request for an extension of time to respond to the Opposition to Defendants Motion to Compel Arbitration and Motion to Dismiss Plaintiff's Complaint. This request is made in good faith and not for the purpose of delay.

DATED this 17th Day of March 2023.         DATED this 17th Day of March 2023.

   WATKINS & LETOFSKY, LLP                 LITTLER MENDELSON, P.C.

*/s/ Melinda Weaver*                         */s/ Kelsey Stegall*

*By:*_____       *By:*_____
Daniel R. Watkin, Esq.                       Roger Grandgenett, II, Esq.
Melinda Weaver, Esq.                       Kelsey E. Stegall, Esq.

Attorneys for Plaintiff,                       Attorneys for Defendant
Adely Ruiz                                       Staffmark Investment, LLC

**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED: March 20, 2023

**STIPULATION AND ORDER**
-2-