UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADELY RUIZ,<br><br>　　Plaintiff<br><br>v.<br><br>STAFFMARK INVESTMENT, LLC;<br>PERFORMANCE FOOD GROUP, INC.,<br><br>　　Defendants | Case No.: 2:22-cv-02163-APG-VCF<br><br>**Order Granting Motions to Compel<br>Arbitration and to Dismiss**<br><br>(ECF Nos. 16, 17) |

　　　Defendant Staffmark Investment, LLC moves to compel arbitration of this case based on an arbitration agreement signed by plaintiff Adely Ruiz. ECF No. 16.  Staffmark also moves to dismiss the case because the arbitration agreement covers all claims Ruiz is asserting, so this court lacks jurisdiction over the dispute. ECF No. 17.[1]  Ruiz does not oppose the motion to compel arbitration but opposes dismissal in case discovery "casts doubt on the validity of the arbitration clause" or "leads to additional causes of action that may be outside the scope of the arbitration agreement." ECF No. 26 at 3-4.

　　　I will grant the motion to compel arbitration as unopposed.  Because the arbitration agreement covers all of Ruiz's claims in this case, it appears this court lacks jurisdiction to resolve those claims.  But even if jurisdiction exists here, there is no reason to keep the case open.  The potential that a discovery fishing expedition might undermine the applicability of the agreement or yield additional claims is insufficient to keep the case pending in this court.

/ / / /

/ / / /

---

[1] Defendant Performance Food Group, Inc. joins in both motions. ECF Nos. 22, 23.

I THEREFORE ORDER that the motions to compel arbitration (ECF No. 16) and to dismiss (ECF No. 17) are granted. This matter shall be submitted to private, binding arbitration. I dismiss this case without prejudice and order the clerk of the court to close the file.

Date: March 27, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE